UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

         Plaintiff,

    -against-

CLEAR BLUE SPECIALTY INSURANCE COMPANY,

         Defendant.
-------------------------------------------------------------------X

Case No.: 1:23-cv-04902-JSR

**STIPULATION OF DISMISSAL**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Clear Blue Specialty Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party as against the other.

Dated: October 3, 2023

USERY & ASSOCIATES

By: _____
  Amy C. Gross
*Attorneys for Plaintiff The Travelers Indemnity Company*
P.O. Box 2996
Hartford, CT 06104-2996
P: (917) 778-6462
F: (844) 571-3789
acgross@travelers.com

GOLDBERG SEGALLA

By: _____ (ac* by perm. rs on)
  Ashlyn M. Capote
*Attorneys for Defendant Clear Blue Specialty Insurance Company*
665 Main Street
Buffalo, NY 14203
Tel: (716) 566-5400
acapote@goldbergsegalla.com


SO ORDERED:

_____
U.S.D.J.